463 A.2d 54

Commonwealth v. Bievenour, Appellant.

Argued March 23, 1982. John R. Gailey, for appellant; John C. Uhler, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.